```
FILED
MAR 1 7 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      CF      DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　vs.<br>Jorge Isaac Romero-Gutierrez,<br>　　　　　Defendant | CASE NO. 15CR0121-BAS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 3/17/16

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE PETER C. LEWIS
　　　　　　　　　　　　　　　　　United States Magistrate Judge